HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
3/15/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL R. PATTERSON, ) | Case No:  C09-04435 JW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, April 12, 2010 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

|   |   |   |
|---|---|---|
| 1 |  | JOSEPH P. RUSSONIELLO |
| 2 |  | United States Attorney |

Dated: March 5, 2010       /s/
                           THEOPHOUS H. REAGANS
                           Special Assistant U.S. Attorney

Dated: March 5, 2010       /s/
                           HARVEY P. SACKETT
                           Attorney for Plaintiff
                           MICHAEL R. PATTERSON

IT IS SO ORDERED.

Dated:   March 15, 2010    [signature: James Ware]
                           HON. JAMES WARE
                           United States District Judge

STIPULATION AND ORDER

2