HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL R. PATTERSON, | ) Case No: C09-04435 JW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Monday, April 26, 2010 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

|   |   |   |
|---|---|---|
| 1 |  | JOSEPH P. RUSSONIELLO |
| 2 |  | United States Attorney |

Dated: April 12, 2010            /s/
                                 THEOPHOUS H. REAGANS
                                 Special Assistant U.S. Attorney

Dated: April 12, 2010            /s/
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff
                                 MICHAEL R. PATTERSON

IT IS SO ORDERED.

Dated:  April 16, 2010           _____
                                 HON. JAMES WARE
                                 United States District Judge

STIPULATION AND ORDER                      2