McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL R. PATTERSON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 09-04435 JW<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an additional 30-day extension of time up to and through July 30, 2010, in which to e-file his Responsive Brief. This Responsive Brief was originally due on June 22, 2010. The Commissioner inadvertently failed to calendar the case. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

1
2
3
4   Dated:  June 30, 2010                          /s/ Harvey P. Sackett
                                                  (As authorized via email on 6/30/10)
5                                                  HARVEY P. SACKETT
                                                  Attorney for Plaintiff
6
7                                                  United States Attorney
                                                  LUCILLE GONZALES MEIS
8                                                  Regional Chief Counsel, Region IX
9
10  Dated:  June 30, 2010              By:         /s/ Theophous H. Reagans
                                                  THEOPHOUS H. REAGANS
11                                                 Special Assistant United States Attorney
12
13  PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
15
16  Dated:  July 1, 2010                          _____
                                                  HON. JAMES WARE
17                                                 United States District Judge
18
19
20
21
22
23
24
25
26
27
28